IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **VIGOUR SHIPPING SDN. BHD.,** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **P AND S INTERNATIONAL, INC., an Oregon** ) <br> **corporation, and PAUL E. LEWIS, an Oregon** ) <br> **resident,** ) <br> ) <br> Defendants. ) <br> ) | Case No. 3:11-CV-842-BR <br><br> **IN ADMIRALTY** <br><br> ~~PROPOSED~~ **JUDGMENT** |

On 30 September 2011, the Court confirmed the foreign arbitration award obtained by plaintiff, Vigour Shipping Sdn. Bhd against defendant P and S International, Inc., in the amount of $762,608.68. On 23 November 2011, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff, Vigour Shipping Sdn. Bhd., dismissed defendant Paul E. Lewis from the action. Now, therefore,

IT IS ORDERED AND ADJUDGED that Vigour Shipping Sdn. Bhd. recover from defendant P and S International, Inc., the amount of $762,608.68, and that defendant Paul E. Lewis is dismissed with prejudice.

Date: *December 14, 2011*

*/s/ Anna J. Brown*
Hon. Anna J. Brown
United States District Judge

Page 1 – **PROPOSED JUDGMENT**

WOOD TATUM
6915 SW Macadam Ave. Suite 115
Portland, Oregon 97219
Telephone: (503) 224-5430